

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | LUCIENNE PIERRE<br>*Senior Counsel*<br>Phone: (212) 356-2415<br>Fax: (212) 356-3509<br>lpierre@law.nyc.gov |
|---|---|---|

August 9, 2018

**VIA ECF**
Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Isaac Joseph v. City of New York, et al.</u>,
             15 CV 5602 (KMW)

Your Honor:

        I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York and individual defendants Sgt. Jose Luis Deluna, Police Officer Nicholas Lane, Sgt. Anthony Perlongo, Police Officer Michelle Batista and Police Officer Carlos Ramos in the above-referenced action. I write to respectfully request that the Court reschedule the trial currently set to begin November 26, 2018. Plaintiff's counsel consents to this request, which is the first request for adjournment of the trial date. The reason for the request is that, on November 26, 2018, the undersigned is currently scheduled to commence trial before the Hon. Raymond J. Dearie in the matter <u>Shi v. City of New York, et al.</u>, 15 cv 6048 (RJD) (PK).

                                      Respectfully submitted,

                                      /s/

                                      Lucienne Pierre
                                      *Senior Counsel*

cc: Alan D. Levine (via ECF)