USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ISAAC JOSEPH,

                                    Plaintiff,

-against-

CITY OF NEW YORK, SERGEANT JOSE LUIS
DELUNA, POLICE OFFICER ANTHONY PERLONGO,
POLICE OFFICER MICHELLE BATISTA, and POLICE
OFFICER CARLOS RAMOS,

                                    Defendants.

------------------------------------------------------------------------ x

**ORDER OF JUDGMENT**

15 Civ. 05602 (KMW)(KNF)

        It is hereby **ORDERED, ADJUDGED, AND DECREED**: That after a jury trial before the Honorable Kimba M. Wood, United States District Judge, the jury having returned a verdict in favor of the defendants on all claims, the Complaint is hereby dismissed.

Dated:  New York, New York
           June **24**, 2019

SO ORDERED

*Kimba M. Wood*

Honorable Kimba M. Wood, U.S.D.J.

                                By: _____
                                        Clerk of Court

                                By: _____
                                     Deputy Clerk